# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**RICARDO L. RIVERA,**

    **Plaintiff(s),**

**v.**                           **CASE NO: 8:13-CV-77-T-30MAP**

**CAPITAL ONE FINANCIAL CORPORATION,**

    **Defendant(s).**
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. An Order was entered on May 8, 2013 (Dkt. #13) which dismissed the Complaint and gave the Plaintiff(s) fourteen (14) days in which to file an Amended Complaint. The deadline for filing an Amended Complaint has passed. As the Plaintiff(s) has/have failed to diligently prosecute the above-styled action pursuant to Local Rule 3.10(a), it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 24, 2013.

                                                            JAMES S. MOODY, JR.
                                                            UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

*F:\Docs\2013\13-cv-77.dismissal.wpd*